NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD D. PICKENS, ) | No. C 04-2621 JF (PR) |
| ) | |
| Plaintiff, ) | ORDER DENYING |
| ) | PLAINTIFF'S MOTION FOR |
| vs. ) | SUMMARY JUDGMENT |
| ) | WITHOUT PREJUDICE |
| ) | |
| PELICAN BAY STATE PRISON, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | (Docket No. 28) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Pelican Bay State Prison personnel. On June 1, 2005, the Court reviewed Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and concluded that one of Plaintiff's claims was cognizable and dismissed one of Plaintiff's claims with leave to amend. Plaintiff filed an amended complaint on June 17, 2005 and another complaint on December 29, 2005. On March 21, 2006, the Court denied Plaintiff's motions for appointment of counsel and motion for production of documents. Plaintiff has filed a motion for summary judgment. As the Court has yet to serve Plaintiff's

1  amended complaint, the Defendants have not filed a response to Plaintiff's motion. The
2  Court concludes that Plaintiff's motion for summary judgment is premature at this time.
3  Accordingly, Plaintiff's motion for summary judgment (docket no. 28) is DENIED
4  without prejudice. Plaintiff may renew his motion for summary judgment after the Court
5  has reviewed the amended complaint and the Defendants have been served, if appropriate.
6      IT IS SO ORDERED.
7  DATED: 8/16/06
8                         JEREMY FOGEL
                       United States District Judge

1  A copy of this ruling was mailed to the following:

2

3  Todd D. Pickens
   P-16993/ A 322
4  CTF - North
   P.O. Box 705
5  Soledad, CA  93960-0705

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Denying Plaintiff's Motion for Summary Judgment Without Prejudice
P:\pro-se\sj.jf\cr.04\Pickens621msj             3