IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TODD D. PICKENS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PELICAN BAY STATE PRISON, et al.,<br><br>　　　　　　　　　　　Defendant. | C 04-2621 JF<br><br>[PROPOSED] ORDER EXTENDING THE DISPOSITIVE MOTION DEADLINE |

　　　Defendants moved this Court for an extension of time to file a summary-judgment or other dispositive motion, up to and including June 20, 2008. After full consideration, and good cause appearing, Defendants' motion for extension of time is GRANTED.

　　　Plaintiff shall file his opposition by July 21, 2008. If Defendants wish to file a reply, they shall do so by August 11, 2008. Absent further order, the motion will be submitted on August 11, 2008 without a hearing.

　　　IT IS SO ORDERED.

Dated:　4/18/08　　　　　　　　　　　　　　　　　　／s／ Jeremy Fogel
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Jeremy Fogel
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

[Proposed] Order Extending Dispositive Mot. Deadline　　　　　　　　　　T. Pickens v. PBSP, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 04-2621 JF

1