| | |
|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of the State of California |
| 2 | DAVID S. CHANEY<br>Chief Assistant Attorney General |
| 3 | ROCHELLE C. EAST<br>Senior Assistant Attorney General |
| 4 | JONATHAN L. WOLFF<br>Senior Assistant Attorney General |
| 5 | MICHAEL J. QUINN, State Bar No. 209542<br>Deputy Attorney General |
| 6 | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 |
| 7 | Telephone: (415) 703-5726<br>Fax: (415) 703-5843 |
| 8 | Email: Michael.Quinn@doj.ca.gov |
| 9 | Attorneys for Defendant Northrup |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TODD D. PICKENS,<br><br>                              Plaintiff,<br><br>     v.<br><br>PELICAN BAY STATE PRISON, et al.,<br><br>                              Defendant. | C 04-2621 JF<br><br>STIPULATION TO REQUEST COURT TO REFER CASE TO PRO SE MEDIATION PROGRAM WITH MAGISTRATE JUDGE VADAS; [PROPOSED] ORDER |

TO THE COURT IN THE ABOVE-CAPTIONED ACTION:

On November 19, 2008, counsel for Defendant Northrup and Plaintiff had a telephone conversation during which the parties agreed to request that the Court refer the matter to the Prisoner Pro Se Mediation Program with Magistrate Judge Vadas for mediation or a settlement conference. The parties agree that should such mediation or settlement conference be unsuccessful, the parties will retain all their litigation rights, including any demand for jury trial.

/ / /

/ / /

Stip. to Refer Case to Pro Se Mediation Prog.                                                                T. Pickens v. PBSP, et al.
                                                                                                                                              C 04-2621 JF

1

As such, the parties jointly request that the case be referred to Magistrate Judge Vadas and the Pro Se Mediation Program for mediation or settlement conference.

IT IS SO STIPULATED.

Date: 12/24/08

By: *(signed)* Todd D. Pickens
Plaintiff in Pro Per

Date: 12/1/08

EDMUND G. BROWN JR.
CA ATTORNEY GENERAL'S OFFICE

By: *(signed)* Michael J. Quinn
Deputy Attorney General
Attorneys for Defendant Northrup

[PROPOSED] ORDER

Based on the foregoing stipulation, the Court refers this case to Magistrate Judge Vadas and the Pro Se Mediation Program for a possible settlement of this case.

IT IS SO ORDERED.

Date: 12/2/08

*(signed)*
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT

20161497.wpd
SF2006200180

Stip. to Refer Case to Pro Se Mediation Prog.      T. Pickens v. PBSP, et al.
                                                                              C 04-2621 JF

2

## CERTIFICATE OF SERVICE

Case Name:   T. Pickens v. PBSP, et al.          No.:   C 04-2621 JF

I hereby certify that on **December 1, 2008**, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO REQUEST COURT TO REFER CASE TO PRO SE MEDIATION PROGRAM WITH MAGISTRATE JUDGE VADAS; [PROPOSED] ORDER**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

kwilliams@williamslegal.net,solsson@williamslegal.net
mwilson@williamslegal.net,kgrundhoefer@williamslegal.net

I further certify that some of the participants in the case are not registered CM/ECF users. On **December 1, 2008**, I have mailed the foregoing document(s) by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Todd D. Pickens, P-16993
CTF - Soledad
RA-322L
P.O. Box 705 North
Soledad, CA 93960-0705**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **December 1, 2008**, at San Francisco, California.

| M.M. Argarin | /s/ M.M. Argarin |
|---|---|
| Declarant | Signature |

SF2008400900
20163038.wpd