NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD D. PICKENS, | No. C 04-02621 JF (PR) |
| Plaintiff, | ORDER SETTING SCHEDULE FOR PRO SE SETTLEMENT PROGRAM PROCEEDINGS; STAYING CASE PENDING SETTLEMENT PROCEEDINGS |
| v. | |
| PELICAN BAY STATE PRISON, et al., | |
| Defendants. | |

Plaintiff, a California prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. After finding that the second amended complaint, when liberally construed, stated cognizable claims for relief, the Court ordered it served upon seven named Defendants, whom Plaintiff identified as officials of Pelican Bay State Prison ("PBSP"), where Plaintiff formerly was housed. Defendant Duncan filed a motion to dismiss and Defendant Allen filed two motions to dismiss and a motion for summary judgment. The Court granted Defendant Duncan's motion to dismiss and Defendant Allen's motion for summary judgment. On December 1, 2008, Defendant Northrup and Plaintiff filed a stipulation to request the Court to refer the case to the Pro Se Prisoner Settlement Program. (Docket No. 86.) The Court granted the referral on December 2, 2008. (See Docket No. 87.)

1  The Court orders the settlement proceedings to take place in accordance with the schedule set
2  forth below and STAYS the case pending settlement proceedings.  **All Defendants who**
3  **have been served as of the date of the settlement conference are to participate in the**
4  **proceedings.**

## DISCUSSION

The Northern District of California has established a Pro Se Prisoner Settlement Program.  Certain prisoner civil rights cases may be referred to a neutral magistrate judge for prisoner settlement proceedings.  The proceedings will consist of one or more conferences as determined by Magistrate Judge Nandor Vadas.  The conferences shall be conducted with Defendant or Defendant's representative attending by videoconferencing if they so choose.

The instant case has been referred to Magistrate Judge Vadas for settlement proceedings pursuant to the Pro Se Prisoner Settlement Program.  The proceedings shall take place **within ninety (90) days** of the date of this order.  Magistrate Judge Vadas shall coordinate a time and date for a settlement conference with all interested parties or their representatives and, **within ten (10) days** after the conclusion of the settlement proceedings, file with the Court a report regarding the prisoner settlement proceedings.

The Clerk of Court shall deliver the court file or a copy thereof, including a copy of this order, to Magistrate Judge Vadas in Eureka, California.  The instant case is STAYED pending the settlement conference proceedings.

IT IS SO ORDERED.

Dated: 12/8/08

JEREMY FOGEL
United States District Judge