EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
MICHAEL J. QUINN, State Bar No. 209542
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5726
 Fax: (415) 703-5843
 Email: Michael.Quinn@doj.ca.gov

Attorneys for Defendant Northrup

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **TODD D. PICKENS,**<br><br>                                            Plaintiff,<br><br>  v.<br><br>**PELICAN BAY STATE PRISON, et al.,**<br><br>                                            Defendant. | C 04-2621 JF<br><br>[~~PROPOSED~~] **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF TODD D. PICKENS, CDCR No. P-16993** |

Plaintiff, **TODD D. PICKENS, CDCR No. P-16993**, a necessary and material witness in proceedings in this case **beginning on March 10, 2009, at 9:00 a.m.**, is confined at the Correctional Training Facility in the custody of Warden Ben Curry. In order to secure this inmate's attendance at the settlement conference scheduled for March 10, 2009 at California State Prison, Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Todd D. Pickens, CDCR No. P-16993, to produce said inmate at **California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor Vadas presiding, beginning on March 10, 2009, at 9:00 a.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of the Correctional Training Facility and the California Department of Corrections and Rehabilitation to produce inmate **TODD D. PICKENS, CDCR No. P-16993**, for a settlement conference at California State Prison, Solano, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to the Correctional Training Facility.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of the Correctional Training Facility,

**YOU ARE COMMANDED** to produce inmate **TODD D. PICKENS, CDCR No. P-16993,** for a settlement conference at California State Prison, Solano at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to the Correctional Training Facility.

**FURTHER,** you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

Dated: February 2, 2009 _____
Nandor J. Vadas
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Nandor J. Vadas]*

20170582.wpd

SF2006200180

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum to Transport Inmate     T. Pickens v. PBSP, et al.
                                                                                  C 04-2621 JF