United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD PICKENS,<br><br>　　　　Plaintiff,<br><br>　　v<br><br>PELICAN BAY STATE PRISON, et al.,<br><br>　　　　Defendants. | Case No C 04-2621 JF<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

　　　A settlement conference in this matter was held on March 10, 2009. The results of that proceeding are indicated below:

(1)　The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

　　☒　Plaintiff

　　☐　Warden or warden's representative

　　☒　Office of the California Attorney General, Michael Quinn

　　☒　Other: California Department of Corrections and Rehabilitation, Joile Poper

1  (2)	The following individuals, parties, and/or representatives did not appear:
2  (3)	The outcome of the proceeding was:
3  ☐ The case has been completely settled.
4  ☐ The case has been partially resolved and, on or before
5  _____, counsel for defendants shall file a joint stipulation specifying
6  those claims which have been resolved and those that remain to be resolved by the Court.
7  ☐ The parties agree to an additional follow up settlement on
8  _____.
9  ☒ The parties are unable to reach an agreement at this time.

10  Date:  3/30/09
11  _____
        Nandor J Vadas
12      United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pickens | No. C 04-2621 |
| v. | CERTIFICATE OF SERVICE |
| PBSP | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 30, 2009, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Todd D. Pickens**
P-16993
Corr Training Facility-North
P.O. Box 705
RA-322L
Soledad, CA 93960-0705

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3

United States District Court
For the Northern District of California