NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD D. PICKENS,<br><br>    Plaintiff,<br><br> vs.<br><br>PELICAN BAY STATE PRISON, et al.,<br><br>    Defendants. | No. C 04-02621 JF (PR)<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUEST FOR REFERRAL TO THE PRO SE PRISONER EARLY SETTLEMENT PROGRAM |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Pelican Bay State Prison officials. On September 9, 2009, Plaintiff filed a request to refer the action back to the Pro Se Prisoner Early Settlement Program. (Docket No. 114.) The Court directs Defendants to file a response to Plaintiff's request **no later than ten (10) days** from the date of this order.[1]

The clerk shall include a copy of Plaintiff's request (Docket No. 114) with a copy of this order to Defendants.

IT IS SO ORDERED.

DATED: 9/15/09

JEREMY FOGEL
United States District Judge

---

[1] The Court notes that the matter was already referred once to the Pro Se Prisoner Early Settlement Program, where the parties were unable to reach an agreement. (See Docket No. 97.)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TODD D. PICKENS,

        Plaintiff,

  v.

PELICAN BAY STATE PRISON, et al.,

        Defendants.

Case Number: CV04-02621 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/15/09, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd D. Pickens P-16993
Corr Training Facility-North
P.O. Box 705
RB-129L
Soledad, CA 93960-0705

Dated: 9/15/09

                                        Richard W. Wieking, Clerk