UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TODD D. PICKENS,<br><br>        Plaintiff,<br><br>   v.<br><br>PELICAN BAY STATE PRISON, et al.,<br><br>        Defendants.<br>_____/ | No. 5:04-CV-02621 JF (NJV)<br><br>NOTICE AND ORDER RESETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference scheduled for Tuesday, July 26, 2011, at 1:00 pm at Solano State Prison, is HEREBY RESCHEDULED for 11:00 a.m. on the same date.

IT IS SO ORDERED.

Dated: June 7, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

TODD D. PICKENS,

    Plaintiff,

v.

PELICAN BAY STATE PRISON, et al.,

    Defendants.

No. 5:04-CV-02621 JF (NJV)

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 7, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Todd D. Pickens
P-16993
California Medical Facility of Vacaville
P.O. Box 2000
J-362-L
Vacaville, CA 95696-2000

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2