UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TODD D. PICKENS, | No. 5:04-CV-02621 JF (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| PELICAN BAY STATE PRISON, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of TODD D. PICKENS, presently in custody in the California Medical Facility at Vacaville, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: June 28, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   ANTHONY HEDGPETH, WARDEN

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of TODD D. PICKENS in your custody in the hereinabove-mentioned institution, on July 26, 2011, at 1:00 p.m., at Solano State Prison, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of TODD D. PICKENS V. PELICAN BAY STATE PRISON, et al., and at the termination of said hearing

1 return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-
2 entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to
3 produce said prisoner at all times necessary until the termination of the proceedings for which his
4 testimony is required in this Court;

5     Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6 for the Northern District of California.

8 Dated: June 28, 2011

9     RICHARD WIEKING
    CLERK, UNITED STATES DISTRICT COURT

11     By: Linn Van Meter
    Administrative Law Clerk

15 Dated: June 28, 2011



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TODD D. PICKENS,<br><br>    Plaintiff,<br><br>  v.<br><br>PELICAN BAY STATE PRISON, et al.,<br><br>    Defendants.<br>_____/ | No. 5:04-CV-02621 JF (NJV)<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on June 28, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Todd D. Pickens
P-16993
California Medical Facility of Vacaville
P.O. Box 2000
J-362-L
Vacaville, CA 95696-2000

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas