IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TODD D. PICKENS, | ) | No. C 04-02621 TEH (PR) |
| Plaintiff, | ) | |
| vs. | ) | **ORDER TO SHOW CAUSE** |
| R. JACOBS, et al., | ) | |
| Defendants. | ) | |

Plaintiff is ordered to show cause why defendant R. Jacobs should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m).  The other parties to this action may also respond to this order to show cause if they so wish.

IT IS SO ORDERED.

DATED: 12/12/2011

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR 2002-2005\CR.04\Pickens2621_osc dismiss jacobs.wpd

1