IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD D. PICKENS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>R. JACOBS, et al.,<br><br>　　　　　Defendants. | )  No. C 04-02621 TEH (PR)<br>)<br>)<br>)  **ORDER TO FILE STATUS**<br>)  **REPORTS**<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Plaintiff has informed the Court that the parties agreed to settle this case in September 2011. No later than January 13, 2012, the parties must file status reports describing the current status of this case. The reports need not be jointly prepared. If the parties have agreed to settle the case, defendants shall also address in the status report whether they have fulfilled their obligations under the release agreed to by Plaintiff.

　　　IT IS SO ORDERED.

DATED: 01/09/2012　　　　　　　　　　　　　　　　／s／ Thelton H. Henderson

　　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\TEH\CR 2002-2005\CR.04\Pickens2621_status report.wpd