FILED
JAN 19 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD D. PICKENS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>R. JACOBS, et al.,<br><br>　　　　Defendants. | No. C 04-02621 TEH (PR)<br><br>**ORDER TO FILE STATUS REPORT** |

No later than April 6, 2012, the parties must file status reports describing the current status of this case. The reports need not be jointly prepared.

IT IS SO ORDERED.

DATED: 1/18/12

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR 2002-2005\CR.04\Pickens2621_status report april 2012.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PICKENS,

    Plaintiff,

v.

PELICAN BAY STATE PRISON et al,

    Defendant.

Case Number: CV04-02621 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd D. Pickens P-16993
California Medical Facility of Vacaville
P.O. Box 2000
J-362-L
Vacaville, CA 95696-2000

Dated: January 19, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk