IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD D. PICKENS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>R. JACOBS, et al.,<br><br>　　　　Defendants. | No. C 04-02621 TEH (PR)<br><br>**ORDER TO FILE STATUS REPORT** |

　　　　The Court is in receipt of the Defendants' April 6, 2012 status report indicating that the settlement checks have been issued by the State Controller's Office and were either in the process of being mailed to Plaintiff or had in fact been mailed.  If Plaintiff has not received the settlement checks by May 11, 2012, the parties must file a status reports describing the current status of this case.  The reports need not be jointly prepared.

　　　　IT IS SO ORDERED.

DATED: 04/25/2012

　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\TEH\CR 2002-2005\CR.04\Pickens2621_status report may 2012.wpd

1