John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
Rufus Reeder and Joseph Baugh

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD D. PICKENS, | CASE NO.: C 04-02621 JF (PR) |
| Plaintiff, | **STIPULATED ORDER OF DISMISSAL** |
| vs. | |
| PELICAN BAY STATE PRISON, et al., | |
| Defendants. | |

**STIPULATED ORDER OF DISMISSAL**

1  IT IS STIPULATED by and between plaintiff TODD D. PICKENS, representing
2  himself in propria persona, and RUFUS REEDER, an individual, and JOSEPH BAUGH,
3  an individual, by and through the Law Offices of Mitchell, Brisso, Delaney & Vrieze,
4  LLP, subject to approval of the Court as follows:

5  1) All claims presented by the Complaint and amended complaint(s) of plaintiff
6  TODD D. PICKENS, in the above-entitled matter shall be dismissed with prejudice as to
7  all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;
8
9  2) All parties to bear their own costs and attorneys' fees.

10
11  DATED: 8-29-11                TODD D. PICKENS
12                                  *[signature: Todd D. Pickens]*
13  DATED: April 27, 2012          MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
14
15                                  By: *[signature]*
                                    John M. Vrieze
16                                  Attorneys for Defendants
17
18  ****************************************
19
20  IT IS SO ORDERED.
21
22  DATED: 05/04/2012              
23                                  Honorable Thelton E. Henderson
24
25
26

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
**STIPULATED ORDER OF DISMISSAL**