John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
Rufus Reeder and Joseph Baugh

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD D. PICKENS, | CASE NO.:  C 04-02621 JF (PR) |
| Plaintiff, | **STIPULATED ORDER OF DISMISSAL** |
| vs. | |
| PELICAN BAY STATE PRISON, et al., | |
| Defendants. | |

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0

**STIPULATED ORDER OF DISMISSAL**

1  IT IS STIPULATED by and between plaintiff TODD D. PICKENS, representing himself in propria persona, and RUFUS REEDER, an individual, and JOSEPH BAUGH, an individual, by and through the Law Offices of Mitchell, Brisso, Delaney & Vrieze, LLP, subject to approval of the Court as follows:

1) All claims presented by the Complaint and amended complaint(s) of plaintiff TODD D. PICKENS, in the above-entitled matter shall be dismissed with prejudice as to all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

2) All parties to bear their own costs and attorneys' fees.

DATED: 8-29-11        TODD D. PICKENS

                      *Todd D. Pickens* (signature)

DATED: April 27, 2012  MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

                      By: *John M. Vrieze* (signature)
                      John M. Vrieze
                      Attorneys for Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IT IS SO ORDERED.

DATED: 05/04/2012



Honorable Thelton E. Henderson
Judge, United States District Court, Northern District of California

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
**STIPULATED ORDER OF DISMISSAL**